# United States District Court
WESTERN DISTRICT OF WASHINGTON

LA CONNER ASSOCIATES, L.L.C, a
Washington Limited Liability company,

    Plaintiff,

v.

ERON BERG, DAN O'DONNELL,
MARY LAM, JOAN CROSS, and
JOHN STEPHENS, as individuals; TOWN
OF LA CONNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO. C01-225P



FILED
LODGED
ENTERED
RECEIVED

NOV 19 2001

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Individual Defendants' Motion to Dismiss was granted. (Dkt. No. 34). Pursuant to Fed. R. Civ. P. 54(b), finding that there is no just reason for delay, the Court directs the an entry of judgment for the individual Defendants. The case is still pending, however, against the Town of LaConner.

Dated: 11/14/01

BRUCE RIFKIN, Clerk of Court

_____
By, Deputy Clerk